No. 49, Misc. KELLEY v. RANDOLPH, WARDEN. Circuit Court of Macon County, Illinois. Certiorari denied. Petitioner *pro se*. *Latham Castle*, Attorney General of Illinois, and *William C. Wines*, Assistant Attorney General, for respondent.

No. 261, Misc. GARNES v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin*, Assistant Attorney *General Anderson, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 302, Misc. NOBLE v. PERSONNEL BOARD OF JEFFERSON COUNTY, ALABAMA. Supreme Court of Alabama. Certiorari denied. *J. Edmund Odum* for petitioner. *J. Reese Johnston, Jr.* for respondent.

No. 337, Misc. WHITT v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Nathan M. Brown* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 462, Misc. HAWKS v. RANDOLPH, WARDEN. Circuit Court of Winnebago County, Illinois. Certiorari denied.

No. 472, Misc. LYONS v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 494, Misc. DAILEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Chester E. Wallace* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *J. F. Bishop* for the United States.